UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

HOSSAM ANTAR, individually,

    Plaintiff,

vs.

KEVIN P WEST, individually,
and
JERRY C WEST, individually,

    Defendants.
_____/

## CLAIMS

Plaintiff, Hossam Antar individually, sues Defendants Kevin P West individually, and Jerry C West individually, and states as follows:

### Jurisdiction, Venue and Parties

1. Subject matter jurisdiction is vested in this Court under 28 U.S.C. § 1332(a) because there exists complete diversity of citizenship between Plaintiff and Defendants, and because this is an action for damages in excess of $75,000.00 exclusive of interest and costs.

2. Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in this district, and because both Defendants transacts business and are otherwise subject to personal jurisdiction in this district.

3. Plaintiff Hossam Antar is a Florida resident and business owner in Broward County, Florida.

4. Defendant Kevin P West has transacted business in this district since June 2017 and is otherwise subject to the personal jurisdiction of this Court. Kevin P West's home address is in the state of Texas.

5. Defendant Jerry C West has transacted business in this district since June 2017 and is otherwise subject to the personal jurisdiction of this Court. Jerry C West's home address is in the state of Texas.

## Background

6. Plaintiff, Hossam Antar is the majority equity holder and CEO of Hollywood Brand, LLC which is a creator of watches, jewelry, and memorabilia which has been in business since November 2017, and sells its products over the internet, onboard cruise ships and to various retailers and individuals.

7. Hollywood Brand LLC is the only company in the world that creates and sells watches and jewelry containing actual pieces of the Original Hollywood Sign metal from 1923 and have been featured in world renowned publications such as The New York Times and Forbes.

8. In April 2018 Hossam Antar formed a business relationship with another Florida resident by the name of Eduardo Otero and Mr. Otero invested $200,000 in Hossam Antar's Hollywood Watch Company and such funds were used to manufacture 1,000 Swiss watches.

9. Hossam Antar and Eduardo Otero therefore have an advantageous business relationship and Mr. Otero is a principal of a Florida entity (HBEE, LLC) which holds an interest in Hollywood Brand LLC.

10. Kevin P West had committed to sign the operating agreement of Hollywood Brand LLC and become a member of the LLC but to date has declined to do so.

11. Jerry C West had committed to sign the operating agreement of Hollywood Brand LLC and become a member of the LLC but to date has declined to do so.

12. Eduardo Otero indicated in writing that he was amenable to investing additional funds in Hossam Antar's business and such funds were in fact needed.

13. Between October 2019 and January 2020, Kevin P West in his individual capacity and despite not being a member of Hollywood Brand LLC interfered with Hossam Antar's advantages business relationship with Eduardo Otero and others such as Michael Zhu by sending emails and making statements that Hollywood Brand LLC was not viable and should shut its doors and give its assets to individuals including himself despite the fact that he refused to sign the operating agreement and become a member.

14. Between October 2019 and January 2020, Jerry C West in his individual capacity and despite not being a member of Hollywood Brand LLC interfered with Hossam Antar's advantages business relationship with Eduardo Otero and others such as Michael Zhu by sending emails and making statements that Hollywood Brand LLC should shut its doors and give its assets to individuals including himself despite the fact that he refused to sign the operating agreement and become a member.

15. These actions, false statements and unlawful demands which Kevin P West and Jerry C West made to Hossam Antar's business partners diluted the confidence of company members in the company and caused internal arguments resulting in key investors such as Eduardo Otero and others withdrawing their intent to fund further business activities and some

members of the company resigned from their day to day positions as a direct result of Kevin P West's and Jerry C West's actions.

16. Prior to Hossam Antar introducing Kevin P West and Jerry C West to Eduardo Otero and Michael Zhu and others, Kevin P West and Jerry C West did not know any of these individuals associated with Hollywood Brand LLC.

17. Eduardo Otero and Michael Zhu and others were exclusively Hossam Antar's contacts and Hossam Antar had an advantageous business relationship with them which was damaged as a result of Kevin P West's and Jerry C West's actions.

18. By unlawfully demanding that the company should be closed and falsely stating that the company was not viable to Hossam Antar's business associates, Kevin P West and Jerry C West were making statements that were the opposite of the facts given that sales of Hollywood Watches (HWC) made by the company had begun to be generated onboard Carnival Cruise Line cruise ships and online.

19. In fact the online sales of Hollywood Watches (HWC) had reached over $50,000 in less than a 2 day period on the Kickstarter online platform.

20. By unlawfully demanding from other members (although Kevin P West himself and Jerry C West himself were not signatories to the operating agreement) that the company should be closed and its assets divided, Hossam Antar's business relationship with key investors and members of Hollywood Brand LLC was severely damaged.

21. Kevin P West and Jerry C West interfered with Hossam Antar's advantageous business relationship with others and caused others to walk away from further investments despite being amenable to further funding prior to Defendant's interference actions.

22. Kevin P West's and Jerry C West's unjust interference actions were intentional and malicious in order to benefit and enrich themselves. Kevin P West and Jerry C West wanted to make sure that Hollywood Brand LLC and Hossam Antar individually were deprived of funds so that legal actions against them to retrieve very valuable assets of Hollywood Brand LLC and Hossam Antar that are unjustly and unlawfully in their possession via civil theft were unlikely.

23. Kevin P West and Jerry C West had improperly and unlawfully retained assets of Hossam Antar's business and Hossam Antar by improperly and unlawfully accounting for assets that were in their mother's estate's possession after she passed away. Their late mother, Mrs. Margaret West was an investor in Hossam Antar's business.

24. Kevin P West and Jerry C West further damaged Hossam Antar's relationship with his business partners by asking some of Hollywood Brand LLC's senior executives who were also equity holders to leave the company.

## Claims for Relief

### Count I – Tortious Interference with Business Relationship

25. Plaintiff realleges the allegations set forth in paragraphs 1 through 24 above as if fully restated herein.

26. Plaintiff Hossam Antar had developed several advantageous business relationships with individuals such as Eduardo Otero and Michael Zhu and others who invested significant funds and time in business concepts developed by Hossam Antar.

27. Plaintiff Hossam Antar has created several multimillion-dollar businesses in the cruise industry as well as other fields.

28. Plaintiff Hossam Antar incurred a significant amount of expenses to acquaint Kevin P West and Jerry C West with Hossam Antar's business contacts and investors including an event at the Ritz Carlton Bal Harbour.

29. Defendants Kevin P West and Jerry C West were at all times aware of the ongoing business relationship between Plaintiff and his business contacts and investors and understood that any damage to that relationship will be devastating to Hossam Antar's business ventures particularly Hollywood Brand LLC.

30. It was clearly understood by Kevin P West and Jerry C West that they could not interfere in or damage the relationship between Hossam Antar and his investors.

31. Plaintiff trusted Kevin P West and Jerry C West to communicate and socialize with Plaintiff's business contacts, investors, without intentionally damaging such relationships.

32. Kevin P West and Jerry C West contacted several of Plaintiff's business partners that he met and only knew through Hossam Antar, including via emails and phone calls and falsely stated to Hossam Antar's investors that Hollywood Brand LLC is not a viable company and should be shut down.

33. Upon information and belief, Kevin P West and Jerry C West continue to contact Plaintiff's business associates.

34. Kevin P West and Jerry C West intentionally and unjustifiably interfered with the ongoing business relationship between Plaintiff and his business associates and investors by diluting their confidence in Hossam Antar's business ventures using false statements and by sarcastically insulting certain individuals and making unlawful demands causing them to withdraw their funding.

35. Defendants' tortious interference constituted egregious intentional misconduct, reflecting willful, and conscious disregard for the rights of Plaintiff, which they knew would substantially injure Plaintiff, his business interests and investor relationships.

36. As a direct result of Defendants tortious interference with the ongoing business relationship between Plaintiff and his business associates, Plaintiff has been damaged in the amount of at least $1,200,000.00 through lost income and diminished equity and asset value.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants jointly and severally, for all damages, costs, and interest allowable by law, including punitive damages and for any other and further relief that the Court deems just and proper.[1]

## Demand for Jury Trial

**Plaintiff demands a jury trial as to all claims, and issues so triable in this action.**

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court.

Dated: July 18, 2022

Respectfully submitted,

HOSSAM ANTAR (PRO SE)
2719 Hollywood Blvd. Suite 2
Hollywood, FL 33020
Tel: 305 798 0255
E-mail: hossamantar1968@gmail.com
Signed: *Hossam Antar*

---

[1] Plaintiff reserves the right to assert such additional claims, including civil theft under applicable state and federal statutes, that may be supported and developed through discovery in this action.